**DENY and Opinion Filed December 14, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00958-CV**

**IN RE TEXAS ALCOHOL AND BEVERAGE COMMISSION AND A.
BENTLEY NETTLES, Relators**

**Original Proceeding from the 193rd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-20-16251**

## MEMORANDUM OPINION

Before Justices Whitehill, Pedersen, III, and Carlyle
Opinion by Justice Whitehill

Relators' November 4, 2020 petition for writ of mandamus asks us to compel

the trial court to vacate its temporary restraining order. Before the Court is relators'

November 25, 2020 agreed motion to dismiss. In their motion, relators advise us that

the parties have entered into an agreement resolving their disputes. Accordingly, we

grant the motion and dismiss the original proceeding. TEX. R. APP. P. 42.1(a)(2).

Also before the Court is relators' November 5, 2020 motion for

reconsideration of the Court's earlier denial of their motion for temporary relief.

Having dismissed the original proceeding, we also deny the motion for

reconsideration as moot.

/Bill Whitehill/
BILL WHITEHILL
JUSTICE

190958F.P05